# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

135790 & (92)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

CHESTER WILLIAMS,
          Defendant-Appellant.

SC: 135790
COA: 267951
Wayne CC: 05-008891-01

_____/

On order of the Court, the motion to amend is GRANTED. The application for leave to appeal the December 18, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk

t0519